UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:11CR237 (EBB) |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| MICHAEL MOYNIHAN, | : | |
| Defendant | : | November 29, 2012 |

### MOTION TO SEAL

Defendant MICHAEL MOYNIHAN respectfully moves, through counsel, that this Court seal the document that has been filed herewith. Defendant asserts that the sealing is authorized by law and is supported by the information contained in the document that is sought to be sealed. The legal foundation for the instant motion and the unique need of the defendant to seal this filing is to prevent disclosure of the confidential information contained therein and if the defendant was required to disclose the contents of the application, the purpose sought to be achieved would be undermined.

WHEREFORE, the defendant respectfully moves that the Court enter an order

allowing the defendant to file the enclosed document under seal.

                         THE DEFENDANT,

                         **MICHAEL MOYNIHAN**

By: _____
    Audrey Felsen, Esq.
    Koffsky and Felsen, LLC
    1150 Bedford Street
    Stamford, CT  06905
    Tel. 203-327-1500
    Fax. 203-327-7660
    Fed. Bar No.  ct20891
    Jmarsh5900@aol.com